IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re, <br><br> ROGER KORNFEIND d/b/a <br> HYDRO DYNAMIC POOLS, LLC, <br>     Debtor, <br><br> VW CREDIT INC. D/B/A AUDI <br> FINANCIAL SERVICES, <br>     Movant, <br><br>          v. <br><br> ROGER KORNFEIND, d/b/a <br> HYDRO DYNAMIC POOLS, LLC, <br> DEIDRE L. PATTERSON and <br> SCOTT F. WATERMAN, Trustee, <br>     Respondents. | Bankruptcy No.  19-17981-pmm <br><br> Chapter 13 <br><br> Document No. |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on the 26th day of January, 2021, I served a copy of the Motion for Relief from Automatic Stay and Co-Debtor Stay and a copy of the Notice of Motion, Hearing Date and Response Deadline by first class U.S. Mail, postage prepaid and electronically via the court's CM/ECF system at the following addresses:

BY FIRST CLASS U.S. MAIL:

Roger Kornfeind  
2830 Linden St 1A  
Bethlehem, PA 18017

Deidra L. Patterson  
2830 Linden St 1A  
Bethlehem, PA 18017

BY ELECTRONIC NOTIFICATION OR SERVICE EMAIL:

ZACHARY ZAWARSKI  
The Law Office of Zachary Zawarski  
3001 Easton Avenue  
zzawarski@zawarskilaw.com

William C. Miller, Esq.  
Chapter 13 Trustee  
P.O. Box 1229  
Philadelphia, PA 19105  
ecfemails@ph13trustee.com

Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

    Respectfully submitted,

    BERNSTEIN-BURKLEY, P.C.


    By: /s/*Keri P. Ebeck*
    Keri P. Ebeck, Esq.
    PA I.D. # 91298
    kebeck@bernsteinlaw.com
    707 Grant Street
    Suite 2200, Gulf Tower
    Pittsburgh, PA 15219
    Phone - (412) 456-8112
    Fax - (412) 456-8135

    Counsel for VW Credit Inc. d/b/a Audi
    Financial Services