United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Roger Kornfeind  
    Debtor

Case No. 19-17981-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Feb 16, 2021      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol      Definition**  
\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Roger Kornfeind, 2830 Linden St 1A, Bethlehem, PA 18017-3958 |
| cr | + Fulton Bank, N.A., Successor by Merger to Lafayett, One Penn Square, P.O. Box 4877, Lancaster, PA 17602-2853 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2021      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN MICHAEL QUAIN, Jr. | on behalf of Creditor Fulton Bank N.A., Successor by Merger to Lafayette Ambassador Bank jquain@barley.com, jfrench@barley.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KERI P EBECK | on behalf of Creditor VW Credit Inc. d/b/a Audi Financial Services kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com |
| KERI P EBECK | on behalf of Creditor VW Credit Inc. d/b/a Audi Financial Services kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Feb 16, 2021 | Form ID: pdf900 | Total Noticed: 2

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Debtor Roger Kornfeind zzawarski@zawarskilaw.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Roger Kornfeind, | : | Case No.  19-17981 – PMM |
| | : | |
| Debtor. | : | |

**O R D E R**

**AND NOW**, upon consideration of VW Credit, Inc.'s Motion for Relief from Stay re: 2017 Audi Q7 ("the Motion") (Doc. # 69) and the Debtor's Response (Doc. #75);

**AND**, the parties having reported this matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **March 18, 2021,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result the Motion being overruled without further notice or hearing.

Date:  February 16, 2021

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**