IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>ROGER KORNFEIND d/b/a<br>HYDRO DYNAMIC POOLS, LLC,<br>　　Debtor,<br><br>VW CREDIT INC. D/B/A AUDI FINANCIAL SERVICES,<br>　　Movant,<br><br>　　　　v.<br><br>ROGER KORNFEIND, d/b/a<br>HYDRO DYNAMIC POOLS, LLC,<br>DEIDRE L. PATTERSON and<br>SCOTT F. WATERMAN, Trustee,<br>　　Respondents. | Bankruptcy No. 19-17981-pmm<br><br>Chapter 13<br><br>Document No. 69, 75 |

## ORDER OF COURT

AND NOW, this 26th day of February, 2021, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay & Co-Debtor Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge