United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Roger Kornfeind  
    Debtor

Case No. 19-17981-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4       User: admin       Page 1 of 2  
Date Rcvd: Feb 26, 2021      Form ID: pdf900      Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roger Kornfeind, 2830 Linden St 1A, Bethlehem, PA 18017-3958 |
| cr | + | Fulton Bank, N.A., Successor by Merger to Lafayett, One Penn Square, P.O. Box 4877, Lancaster, PA 17602-2853 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2021 at the address(es) listed below:**

**Name**      **Email Address**

JOHN MICHAEL QUAIN, Jr.  
     on behalf of Creditor Fulton Bank  N.A., Successor by Merger to Lafayette Ambassador Bank jquain@barley.com, jfrench@barley.com

JONATHAN WILKES CHATHAM  
     on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KERI P EBECK  
     on behalf of Creditor VW Credit Inc. d/b/a Audi Financial Services kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

KERI P EBECK  
     on behalf of Creditor VW Credit  Inc. d/b/a Audi Financial Services kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

REBECCA ANN SOLARZ  
     on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Feb 26, 2021 | Form ID: pdf900 | Total Noticed: 2

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
    on behalf of Debtor Roger Kornfeind zzawarski@zawarskilaw.com

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>ROGER KORNFEIND d/b/a<br>HYDRO DYNAMIC POOLS, LLC,<br>　　Debtor,<br><br>VW CREDIT INC. D/B/A AUDI FINANCIAL<br>SERVICES,<br>　　Movant,<br><br>　　　　　v.<br><br>ROGER KORNFEIND, d/b/a<br>HYDRO DYNAMIC POOLS, LLC,<br>DEIDRE L. PATTERSON and<br>SCOTT F. WATERMAN, Trustee,<br>　　Respondents. | Bankruptcy No. 19-17981-pmm<br><br>Chapter 13<br><br>Document No. 69, 75 |

ORDER OF COURT

AND NOW, this 26th day of February, 2021, upon consideration of the foregoing Stipulation Resolving Motion for Relief from the Automatic Stay & Co-Debtor Stay, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT

*Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
U.S. Bankruptcy Court Judge