United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-17981-pmm |
| Roger Kornfeind | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 24, 2021 | Form ID: 167 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roger Kornfeind, 2830 Linden St 1A, Bethlehem, PA 18017-3958 |
| cr | + | Fulton Bank, N.A., Successor by Merger to Lafayett, One Penn Square, P.O. Box 4877, Lancaster, PA 17602-2853 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2021              Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN MICHAEL QUAIN, Jr. | on behalf of Creditor Fulton Bank  N.A., Successor by Merger to Lafayette Ambassador Bank jquain@barley.com, jfrench@barley.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KERI P EBECK | on behalf of Creditor VW Credit Inc. d/b/a Audi Financial Services kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| KERI P EBECK | on behalf of Creditor VW Credit  Inc. d/b/a Audi Financial Services kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Mar 24, 2021     Form ID: 167     Total Noticed: 2

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
on behalf of Debtor Roger Kornfeind zzawarski@zawarskilaw.com

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Roger Kornfeind
    Debtor(s)

Case No: 19−17981−pmm

Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Debtor's Objection to Certification of Default filed by Creditor BANK OF AMERICA, N.A.
Dial 888−636−3807 − Access code 4954493

on: 4/13/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 3/24/21

Timothy B. McGrath
Clerk of Court