**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ROGER KORNFEIND | : | Case No.: 19-17981-pmm |
| Debtor | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Date of Hearing:**     **April 15, 2021**
**Time of Hearing:**     **10:00 a.m.**

**Location:**     **U.S. Bankruptcy Court**
                      **The Gateway Building**
                      **201 Penn Street**
                      **4th Floor Courtroom**
                      **Reading, PA 19601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF NO RESPONSE AND
## REQUEST FOR ENTRY OF ORDER

I, Zachary Zawarski, Esquire, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtor's Motion to Modify Chapter 13 Plan Post Confirmation.  I further certify that the Notice of Motion to Modify Chapter 13 Plan Post Confirmation, Response Deadline and Hearing Date was served by first-class mail and/or electronic notification on March 22, 2021 to the Chapter 13 Trustee, the U.S. Trustee, and all creditors appearing on Debtor's mailing matrix. The deadline for a response was April 12, 2021.  Debtor seeks the entry of an order granting the requested relief.

|  |  |  |
|---|---|---|
|  |  | Respectfully Submitted, |
| Date: April 14, 2021 | By: | */s/ Zachary Zawarski* |
|  |  | ZACHARY ZAWARSKI, ESQUIRE |
|  |  | 3001 Easton Avenue |
|  |  | Bethlehem, PA 18017 |
|  |  | Phone: (610) 417-6345 |
|  |  | Fax: (610) 465-9790 |
|  |  | zzawarski@zawarskilaw.com |
|  |  | Attorney ID No.: 308348 |
|  |  | Attorney for Debtor |