**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ROGER KORNFEIND | : | Case No.: 19-17981-pmm |
| Debtor | : | |

**ORDER**

Upon consideration of Debtor's Motion to Modify a Chapter 13 Plan Post Confirmation pursuant to 11 U.S.C. § 1329, notice of the Motion having been served on all interested parties and no objection having been filed thereto,

It is hereby **ORDERED** that Debtor's Motion is **GRANTED** and the Debtor's Second Modified Plan (doc. # 97) filed on April 13, 2021 is **CONFIRMED**.

BY THE COURT:

*Patricia M. Mayer*

**Date: April 15, 2021**    PATRICIA M. MAYER
U.S. Bankruptcy Judge