## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Roger Kornfeind dba Hydro Dynamic Pools LLC | |
| Debtor(s) | CHAPTER 13 |
| | |
| BANK OF AMERICA, N.A., its successors and/or assigns | |
| Movant | |
| vs. | NO. 19-17981 PMM |
| | |
| Roger Kornfeind dba Hydro Dynamic Pools LLC | |
| Debtor(s) | |
| | |
| Scott F. Waterman | 11 U.S.C. Section 362 |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of BANK OF AMERICA, N.A., which was filed with the Court on or about **March 22, 2021 (Doc. No. 89)**.

Respectfully submitted,


/s/ Rebecca A. Solarz, Esq.

_____
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322


Dated: 4/16/2021