United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-17981-pmm

Roger Kornfeind  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Apr 16, 2021     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roger Kornfeind, 2830 Linden St 1A, Bethlehem, PA 18017-3958 |
| cr | + | Fulton Bank, N.A., Successor by Merger to Lafayett, One Penn Square, P.O. Box 4877, Lancaster, PA 17602-2853 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 16, 2021 at the address(es) listed below:**

**Name**     **Email Address**

JOHN MICHAEL QUAIN, Jr.
    on behalf of Creditor Fulton Bank  N.A., Successor by Merger to Lafayette Ambassador Bank jquain@barley.com, jfrench@barley.com

JONATHAN WILKES CHATHAM
    on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

KERI P EBECK
    on behalf of Creditor VW Credit Inc. d/b/a Audi Financial Services kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

KERI P EBECK
    on behalf of Creditor VW Credit  Inc. d/b/a Audi Financial Services kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

SCOTT F WATERMAN

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 16, 2021 | Form ID: pdf900 | Total Noticed: 2

        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

ZACHARY ZAWARSKI
        on behalf of Debtor Roger Kornfeind zzawarski@zawarskilaw.com

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ROGER KORNFEIND | : | Case No.: 19-17981-pmm |
| Debtor | : | |

**ORDER**

Upon consideration of Debtor's Motion to Modify a Chapter 13 Plan Post Confirmation pursuant to 11 U.S.C. § 1329, notice of the Motion having been served on all interested parties and no objection having been filed thereto,

It is hereby **ORDERED** that Debtor's Motion is **GRANTED** and the Debtor's Second Modified Plan (doc. # 97) filed on April 13, 2021 is **CONFIRMED**.

BY THE COURT:

*Patricia M. Mayer*

**Date: April 15, 2021**

PATRICIA M. MAYER
U.S. Bankruptcy Judge