| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-17981-PMM

Roger Kornfeind  
2830 Linden St 1A  
Bethlehem  PA   18017

Petition Filed Date: 12/27/2019  
341 Hearing Date: 04/14/2020  
Confirmation Date: 12/17/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/09/2020 | $1,330.00 | | 04/10/2020 | $1,330.00 | | 10/01/2020 | $2,000.00 | |
| 11/25/2020 | $3,715.00 | | 02/24/2021 | $9,620.00 | | 04/15/2021 | $2,500.00 | |

**Total Receipts for the Period: $20,495.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $20,495.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Roger Kornfeind | Debtor Refunds | $0.00 | $0.00 | $0.00 |
| 0 | ZACHARY ZAWARSKI ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $1,698.19 | $0.00 | $1,698.19 |
| 2 | MIDLAND CREDIT MANAGEMENT INC »» 002 | Unsecured Creditors | $1,427.34 | $0.00 | $1,427.34 |
| 3 | BANK OF AMERICA »» 003 | Secured Creditors | $10,945.86 | $9,368.26 | $1,577.60 |
| 4 | BANK OF AMERICA »» 004 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | VW CREDIT LEASING LTD »» 005 | Secured Creditors | $1,783.73 | $1,526.64 | $257.09 |
| 6 | PA DEPARTMENT OF REVENUE »» 06U | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | PA DEPARTMENT OF REVENUE »» 06P | Priority Crediors | $1,035.59 | $1,035.59 | $0.00 |
| 8 | FOUR WINDS HOLDING COMPANY, LLC »» 007 | Unsecured Creditors | $40,658.00 | $0.00 | $40,658.00 |
| 9 | HACHIK DISTRIBUTORS INC. »» 008 | Unsecured Creditors | $29,529.56 | $0.00 | $29,529.56 |
| 10 | FULTON BANK, NA »» 009 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | BANK OF AMERICA »» 04P | Secured Creditors | $20,239.77 | $4,567.35 | $15,672.42 |

**Chapter 13 Case No. 19-17981-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,495.00 | Current Monthly Payment: | $2,400.00 |
| Paid to Claims: | $18,997.84 | Arrearages: | $2,300.00 |
| Paid to Trustee: | $1,497.16 | Total Plan Base: | $123,595.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.