**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ROGER KORNFEIND | : | Case No.: 19-17981-pmm |
| Debtor | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Date of Hearing:** **January 20, 2022**
**Time of Hearing:** **10:00 a.m.**

**Location:** **U.S. Bankruptcy Court**
**The Gateway Building**
**201 Penn Street**
**4th Floor Courtroom**
**Reading, PA 19601**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF NO RESPONSE AND**
**REQUEST FOR ENTRY OF ORDER**

I, Zachary Zawarski, Esquire, attorney for the above Debtor, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Debtor's Motion to Modify Chapter 13 Plan Post Confirmation. I further certify that the Notice of Motion to Modify Chapter 13 Plan Post Confirmation, Response Deadline and Hearing Date was served by first-class mail and/or electronic notification on December 14, 2021 to the Chapter 13 Trustee, the U.S. Trustee, and all creditors appearing on Debtor's mailing matrix. The deadline for a response was January 4, 2022. Debtor seeks the entry of an order granting the requested relief.

Respectfully Submitted,

Date: <u>January 18, 2022</u>   By:   <u>*/s/ Zachary Zawarski*</u>
ZACHARY ZAWARSKI, ESQUIRE
3001 Easton Avenue
Bethlehem, PA 18017
Phone: (610) 417-6345
Fax: (610) 465-9790
zzawarski@zawarskilaw.com
Attorney ID No.: 308348
Attorney for Debtor