# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ROGER KORNFEIND | : | Case No.: 19-17981-pmm |
| Debtor | : | |

## **ORDER**

Upon consideration of Debtor's Motion for Voluntary Dismissal of Chapter 13 Case pursuant to 11 U.S.C. § 1307(b), IT IS HEREBY ORDERED that Debtor's Chapter 13 is DISMISSED.

BY THE COURT:

*Patricia M. Mayer*

PATRICIA M. MAYER
BANKRUPTCY JUDGE

**Date: March 14, 2022**