United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-17981-pmm

Roger Kornfeind     Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Mar 14, 2022     Form ID: pdf900     Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Roger Kornfeind, 2830 Linden St 1A, Bethlehem, PA 18017-3958 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Fulton Bank, N.A., Successor by Merger to Lafayett, One Penn Square, P.O. Box 4877, Lancaster, PA 17602-2853 |
| 14577213 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14470125 | | Bank of America, N.A, P.O. BOX 31785, Tampa, FL 33631-3785 |
| 14471788 | | Bank of America, NA, PO Box 31785, Tampa, FL 33631-3785 |
| 14471789 | + | Deidre L. Patterson, 2830 Linden Street, Apt. 1A, Bethlehem, PA 18017-3958 |
| 14493746 | + | Four Winds Holding Company, LLC, c/o Jake Adams, 211 Commerce St., Suite 800, Nashville, TN 37201-1817 |
| 14504084 | + | Fulton Bank, N.A., Successor by Merger to Lafayett, One Penn Square, P.O. Box 4887, Lancaster, PA 17604-4887 |
| 14526211 | + | Fulton Bank, NA, c/o John M. Quain,Jr., Esq., 213 Market St., 12th floor, Harrisburg, PA 17101-2141 |
| 14471791 | + | Hachik Distributors Inc, c/o Andrew L. Unterlack, Esq, 1040 N. Kings Highway, Ste 200, Cherry Hill, NJ 08034-1925 |
| 14501619 | + | Hachik Distributors, Inc., 100 Commerce Drive, Aston, PA 19014-3204 |
| 14471793 | + | Renee Schoch, 100 Commerce Drive, Aston, PA 19014-3204 |
| 14471795 | + | Salvo Adragna, 2850 Strohl Road, Allentown, PA 18104-9689 |
| 14471796 | + | Specialty Physician Associates, 3445 High Point Boulevard, Suite 400, Bethlehem, PA 18017-7817 |
| 14471797 | + | St. Luke's Hospital, 801 Ostrum Street, Bethlehem, PA 18015-1065 |
| 14471798 | + | Steckel and Stopp, Keith W. Strohk, Esq., 1036 Main Street, PO Box 159, Slatington, PA 18080-0159 |
| 14471799 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Mar 14 2022 23:58:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 14 2022 23:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14471790 | + | Email/Text: bankruptcy@fult.com | Mar 14 2022 23:58:00 | Fulton Bank, One Penn Sqaure, PO Box 4887, Lancaster, PA 17604-4887 |
| 14446901 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 00:07:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14469161 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 14 2022 23:58:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14481269 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 14 2022 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14471794 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 15 2022 00:07:06 | Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14472375 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 14, 2022 | Form ID: pdf900 | Total Noticed: 29 |

|  | Mar 14 2022 23:58:00 | VW Credit Inc. dba Audi Financial Services, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
|---|---|---|

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14471792 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2022        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN MICHAEL QUAIN, Jr. | on behalf of Creditor Fulton Bank  N.A., Successor by Merger to Lafayette Ambassador Bank jquain@barley.com, sromig@barley.com |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KERI P EBECK | on behalf of Creditor VW Credit Inc. d/b/a Audi Financial Services kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| KERI P EBECK | on behalf of Creditor VW Credit  Inc. d/b/a Audi Financial Services kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY ZAWARSKI | on behalf of Debtor Roger Kornfeind zzawarski@zawarskilaw.com |

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| ROGER KORNFEIND | : | Case No.: 19-17981-pmm |
| Debtor | : | |

**ORDER**

Upon consideration of Debtor's Motion for Voluntary Dismissal of Chapter 13 Case pursuant to 11 U.S.C. § 1307(b), IT IS HEREBY ORDERED that Debtor's Chapter 13 is DISMISSED.

BY THE COURT:

*Patricia M. Mayer*
_____
PATRICIA M. MAYER
BANKRUPTCY JUDGE

**Date: March 14, 2022**